83,163-01

Dear Courts, Abel Acosta Clerk.

Could you please send me back my 11.07 writ, or a copy of my 11.07 writ of Habeas Corpus that was sent to the Criminal Court of Appeals in Austin Texas. WR-83,163-01 · Tr. Ct No 10-1235-K26A. Thank You.

Edward L King

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta. Clerk